UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Breuer,

                        Plaintiff(s),

        -against –

Continental Central Credit, Inc., et al.

                        Defendant(s).
-------------------------------------------------------------X

**O R D E R**

7:20-CV-06475 (CS)

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED**.

Dated:  September 2, 2020

      White Plains, New York

*Cathy Seibel*

_____

CATHY SEIBEL, U.S.D.J.